UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 21-4750-SVW (KS)                                            Date: July 6, 2021

Title   *Tyiavory Jackson v. Armenta Tiggs Brown, et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On March 18, 2021, Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"), asserting deliberate indifference to his serious medical needs. (Dkt. No. 1.) That same day, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 2.) Both documents were entered onto the docket on June 10, 2021. (*See* Dkt. Nos. 1-2.)

Three weeks have now passed since Plaintiff's documents were entered onto the docket, and nearly three months have passed since he filed the Complaint and received the Court's notification. Plaintiff has not responded to the Court's notification. Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than July 20, 2021 why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed In Forma Pauperis with Declaration in Support (CV-60). **To discharge this Order and proceed with his case, Plaintiff must either: (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the July 20, 2021 deadline.** Plaintiff is also strongly encouraged to use the Central District's form civil rights complaint to file an amended complaint that clearly specifies the number and nature of his claims for the relief and the facts underpinning each claim.
//
//

**Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of this case.**

**IT IS SO ORDERED**.

                                                    :

**Initials of Preparer**   gr