JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYIAVORY JACKSON, | ) | NO. CV 21-4750 SVW (KS) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER AND JUDGMENT OF DISMISSAL |
| ARMENTA TIGGS BROWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On March 18, 2021, Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint alleging deliberate indifference to his serious medical needs against three medical professionals employed by the California Department of Corrections and Rehabilitation. (Dkt. No. 1.) Plaintiff did not pay the filing fee or submit a request to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2.)

On July 6, 2021, nearly four months after Plaintiff filed his complaint without paying the filing fee or requesting to proceed IFP, the Court ordered Plaintiff to show cause, no later than July 20, 2021, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee. (Dkt. No. 4.)

On July 26, 2021, Plaintiff filed a request for an extension of time "to properly file my complaint." Plaintiff again did not pay the filing fee or request to proceed IFP. (Dkt. No. 5.)

The Court construed Plaintiff's July 26, 2021 request as "seeking an extension to file a response to the Court's July 6, 2021 Order to Show Cause" and granted Plaintiff an extension to August 19, 2021, to respond to and discharge the OSC by either paying the filing fee or filing the necessary forms and documentation to proceed IFP. (Dkt. No. 6.)

More than a month has passed since Plaintiff's extended August 19, 2021 deadline. To date, Plaintiff has neither paid the filing fee nor filed an application to proceed IFP despite two Court orders and approximately six months to do so. He has also not communicated with the Court about this case since July 26, 2021. In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: September 27, 2021

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE